| | |
|---|---|
| Thomas L. Laughlin, IV (admitted *pro hac vice*)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>tlaughlin@scott-scott.com<br><br>*Attorneys for Co-Lead Plaintiff Movants Dr. Vinod Sodha and Dr. Amee Sodha and Proposed Lead Counsel for the Class* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP GOLUBOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD MARKETS, INC., VLADIMIR TENEV, JASON WARNICK, BAIJU BHATT, JAN HAMMER, PAULA LOOP, JONATHAN RUBENSTEIN, SCOTT SANDELL, ROBERT ZOELLICK, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., WELLS FARGO SECURITIES, LLC, MIZUHO SECURITIES USA LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., PIPER SANDLER & CO., ROSENBLATT SECURITIES INC., BMO CAPITAL MARKETS CORP., BTIG, LLC, SANTANDER INVESTMENT SECURITIES INC., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & COMPANY, INC., and SIEBERT WILLIAMS SHANK & CO., LLC,<br><br>Defendants. | Case No. 3:21-cv-09767-EMC<br><br>**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF DR. VINOD SODHA AND DR. AMEE SODHA'S MOTION FOR: (1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (2) APPROVAL OF LEAD COUNSEL**<br><br>Judge: Hon. Edward M. Chen<br>Dept.: 5, 17th Floor<br>Date: March 24, 2022<br>Time: 1:30 p.m. |

---

DECLARATION OF THOMAS L. LAUGHLIN, IV, IN SUPPORT OF DR. VINOD SODHA AND DR. AMEE SODHA'S MOTION FOR:
(1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND, (2) APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 3:21-cv-09767-EMC

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney duly licensed to practice and have been approved by this Court to practice in the above-captioned action *pro hac vice*. *See* ECF No. 9. I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2. I make this declaration in support of the motion of Lead Plaintiff movants and putative Class members Dr. Vinod Sodha and Dr. Amee Sodha ("Movants") for an order: (1) appointing Movants as Co-Lead Plaintiffs; and (2) approving the Movants' selection of Scott+Scott as Lead Counsel. I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3. Attached are true and correct copies of the following:

    Exhibit A:   Notice published on December 17, 2021, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *GlobeNewswire*;

    Exhibit B:   Movants' PSLRA Certifications;

    Exhibit C:   Joint Declaration of Movants;

    Exhibit D:   Movants' loss charts; and

    Exhibit E:   Scott+Scott's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2022, in New York, New York.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (admitted *pro hac vice*)

1

DECLARATION OF THOMAS L. LAUGHLIN, IV, IN SUPPORT OF DR. VINOD SODHA AND DR. AMEE SODHA'S MOTION FOR:
(1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND, (2) APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 3:21-cv-09767-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on February 15, 2022, at New York, New York.

                                              *s/ Thomas L. Laughlin, IV*
                                              Thomas L. Laughlin, IV
                                              (admitted *pro hac vice*)

2

DECLARATION OF THOMAS L. LAUGHLIN, IV, IN SUPPORT OF DR. VINOD SODHA AND DR. AMEE SODHA'S MOTION FOR:
(1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND, (2) APPROVAL OF SELECTION OF LEAD COUNSEL
CASE NO. 3:21-cv-09767-EMC