# EXHIBIT A





# INVESTOR ALERT: Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Robinhood Markets Inc. (NASDAQ: HOOD)

December 17, 2021 21:44 ET | Source: Scott+Scott Attorneys at Law LLP

NEW YORK, Dec. 17, 2021 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit against Robinhood Markets Inc. (NASDAQ: HOOD) ("Robinhood" or the "Company"), certain Robinhood directors and officers, and the underwriters of Robinhood's July 2021 initial public offering (the "IPO" or the "Offering"), alleging violations of §§11, 12(a)(2) and 15 of the U.S. Securities Act of 1933, 15 U.S.C. §§ 77k, 77l(a)(2), and 77o. **If you purchased Robinhood common stock pursuant and/or traceable to the Offering, you are encouraged to contact Scott+Scott attorney Jonathan Zimmerman at (888) 398-9312, or at** jzimmerman@scott-scott.com **for more information.**



On or about July 30, 2021, Robinhood conducted its IPO, offering 55 million shares of its common stock to the public at a price of $38 per share (the "Offering Price") for anticipated proceeds of over $2 billion.

According to the complaint, Robinhood's registration statement and prospectus used to effectuate its IPO contained representations that were materially inaccurate, misleading, and/or incomplete because they failed to disclose that, at the time of the IPO, Robinhood's revenue growth was experiencing a major reversal, with transaction-based revenues from cryptocurrency trading serving only as a short-term, transitory injection, masking what was actually stagnating growth. In addition, the Company's "significant investments" in enhancing the reliability and scalability of its platform were patently inadequate and/or defective, exposing Robinhood to worsening service-level disruptions and security breaches, particularly as the Company scaled its services to a larger user base.

As these true facts emerged after the Offering, Robinhood's shares fell sharply, trading as low as $17.08 per share, representing a decline of over 55% from the Offering Price.

**Lead Plaintiff Deadline**

The Lead Plaintiff deadline in this action is February 15, 2022. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class. The case is pending in the Northern District of California under docket number 21-cv-9767.

**What You Can Do**

If you purchased **Robinhood common stock during the Class Period**, or if you have questions about this notice or your legal rights, you are encouraged to contact attorney Jonathan Zimmerman at (888) 398-9312 or [jzimmerman@scott-scott.com](mailto:jzimmerman@scott-scott.com).

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.



**Scott+Scott Attorneys at Law LLP**

230 Park Avenue, 17th Floor, New York, NY 10169-1820

(888) 398-9312

jzimmerman@scott-scott.com