### DR. VINOD SODHA AND DR. AMEE SODHA'S
### JOINT DECLARATION IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

We, Dr. Vinod Sodha and Dr. Amee Sodha, pursuant to 28 U.S.C. §1746, declare as follows:

1.  We, Dr. Vinod Sodha and Dr. Amee Sodha, respectfully submit this Joint Declaration in support of our motion for appointment as co-lead plaintiffs and approval of our selection of lead counsel in the federal securities class action brought on behalf of purchasers of Robinhood Markets, Inc. ("Robinhood" or the "Company") common stock pursuant and traceable to the Company's initial public offering, as described in the Action.

2.  We are each informed of and understand the requirements and duties imposed on us by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves, and if called as witnesses, we each could testify competently thereto.

3.  I, Dr. Vinod Sodha, as reflected in my Certification, purchased Robinhood common stock pursuant and/or traceable to the Company's initial public offering. I am motivated to recover my related damages for my own benefit and the benefit of all members of the Class. I am 73 years old, I reside in Beverly Hills, California, and I am a Psychiatrist. I received my medical degree from Makerere University. I am a sophisticated investor with approximately fifteen years of investing experience, including in the U.S. stock market. After due consideration, I decided to join in and seek appointment as co-lead plaintiff with my daughter, Dr. Amee Sodha.

4.  I, Dr. Amee Sodha, as reflected in my Certification, purchased Robinhood common stock pursuant and/or traceable to the Company's initial public offering. I am

1

motivated to recover my related damages for my own benefit and the benefit of all members of the Class. I am 33 years old, I reside in Millburn, New Jersey, and I am a Physician. I received my medical degree from American University of Antigua, College of Medicine. I am a sophisticated investor with approximately eight years of investing experience, including in the U.S. stock market. After due consideration, I decided to join in and seek appointment as co-lead plaintiff with my father, Dr. Vinod Sodha.

5. We are highly incentivized to recover the substantial losses we suffered as a result of Defendants' alleged violations of federal securities laws and are committed to actively directing this litigation and maximizing the recovery for the Class. We believe that the allegations in the Action are meritorious and that the Class will benefit from having highly motivated investors, with substantial financial interests at stake, in control of the case.

6. We understand that each of us could have chosen to pursue individual actions, made a motion for the appointment as Lead Plaintiff individually, or could have taken no action and remained absent class members. However, based on our relationship, our respective financial losses, and in order to gain the advantages of joint decision-making, collective resources, and to provide the Class stable representation, we affirmatively decided that it would be a benefit to ourselves and the Class if we jointly sought appointment as co-lead plaintiffs.

7. If appointed as co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery. We understand that our efforts as co-lead plaintiffs, if successful, will benefit the entire Class. We each understand that we owe a duty to all members of the proposed Class to provide fair and adequate representation. We intend to work together and with our chosen counsel to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in this action on behalf of the Class.

8.      As father and daughter, we do not foresee any problems communicating with one another or staying informed of the progress of this litigation. As part of our effort to formalize our leadership of this action, and our commitment to jointly prosecute the action against Defendants, before seeking appointment as Lead Plaintiff, we had multiple calls with our proposed Lead Counsel, Scott+Scott Attorneys at Law LLP ("S+S"), and our additional counsel The Schall Law Firm, to discuss, among other things: the facts and the merits of the claims against Defendants; our interest in serving jointly as co-lead plaintiffs; the benefits our small group of investors may provide to the Class; and ensuring that the Class's claims will be efficiently and zealously prosecuted.

9.      We are aware of a lead plaintiff's obligation under the PSLRA to select lead counsel, and to supervise the prosecution of the case to guarantee that the Action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone, email, and other forms of electronic communication. We also understand that some of these meetings may need to be conducted without counsel. We are confident in our ability to reach unanimous decisions regarding litigation matters. If, by chance, we disagree with each other on a significant decision, we will work with our counsel to make sure we overcome our differences to reach an agreement.

10.     We are committed to satisfying our obligations as co-lead plaintiffs to ensure that the Action will be vigorously prosecuted, consistent with the requirements of the lead plaintiff provisions of the PSLRA, and in the best interests of the Class.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this day of __2/15/2022__.

DocuSigned by:
/s/ V. Sodha
0A98F9C1C3A7425...
DR. VINOD SODHA

DocuSigned by:
/s/
BA94080BB1A545B...
DR. AMEE SODHA

4