# EXHIBIT A

**Robinhood Markets, Inc. (HOOD)**
**Class Period: Pursuant/Traceable to July 2021 IPO**
**IPO Date: 7/30/2021**
**IPO Price: $38/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 12/17/2021 Close Price $19.1000 Estimated Value | Section 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ronan, Haim | 8/26/2021 | 5,000 | $48.5000 | ($242,500) | 12/29/2021 | (4,600) | $18.2116 | $83,773 | | | |
| Ronan, Haim | | | | | 12/29/2021 | (400) | $18.2200 | $7,288 | | | |
| **Ronan, Haim** | | **5,000** | | **($242,500)** | | **(5,000)** | | **$91,061** | **0** | | **($98,939)** |
| Tanas, Igor | 10/20/2021 | 1,200 | $42.1028 | ($50,523) | 10/20/2021 | (1,250) | $41.8450 | $52,306 | | | |
| Tanas, Igor | 10/20/2021 | 1,250 | $41.5897 | ($51,987) | 10/21/2021 | (1,200) | $43.1080 | $51,730 | | | |
| Tanas, Igor | 10/21/2021 | 1,200 | $41.9565 | ($50,348) | 11/03/2021 | (750) | $36.7149 | $27,536 | | | |
| Tanas, Igor | 10/21/2021 | 1,250 | $41.6463 | ($52,058) | 11/08/2021 | (750) | $37.1967 | $27,898 | | | |
| Tanas, Igor | 10/27/2021 | 750 | $35.9769 | ($26,983) | 12/02/2021 | (500) | $23.9603 | $11,980 | | | |
| Tanas, Igor | 11/05/2021 | 750 | $37.0999 | ($27,825) | | | | | | | |
| Tanas, Igor | 11/09/2021 | 1,300 | $36.9300 | ($48,009) | | | | | | | |
| Tanas, Igor | 12/02/2021 | 500 | $23.7857 | ($11,893) | | | | | | | |
| **Tanas, Igor** | | **8,200** | | **($319,626)** | | **(4,450)** | | **$171,450** | **3,750** | **$71,625** | **($57,835)** |
| **Ronan, Haim and Tanas, Igor** | | **13,200** | | **($562,126)** | | **(9,450)** | | **$262,511** | **3,750** | **$71,625** | **($156,773)** |