ANTONY L. RYAN (*pro hac vice*)
KEVIN J. ORSINI (*pro hac vice*)
BRITTANY L. SUKIENNIK (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019-7475
Tel:   (212) 474-1000
Fax:   (212) 474-3700
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

MARK R. CONRAD (CA Bar No. 255667)
LIZ KIM (CA Bar No. 295277)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conmetkane.com
Email: lkim@conmetkane.com

Attorneys for ROBINHOOD MARKETS, INC.
VLADIMIR TENEV, JASON WARNICK, BAIJU
BHATT, JAN HAMMER, PAULA LOOP,
JONATHAN RUBINSTEIN, SCOTT SANDELL,
ROBERT ZOELLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP GOLUBOWSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD MARKETS, INC., ET AL.,<br><br>Defendants. | CASE NO. 3:21-CV-09767-EMC<br><br>**STIPULATION RE FIRST AMENDED COMPLAINT, MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs Vinod Sohda and Amee Sohda (the "Sodhas" or "Lead Plaintiffs") and Defendants Robinhood Markets, Inc. ("Robinhood"); Vladimir Tenev, Jason Warnick, Baiju Bhatt, Jan Hammer, Paula Loop, Jonathan Rubinstein, Scott Sandell, Robert Zoellick (together with Robinhood, the "Robinhood Defendants"); and Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Wells Fargo Securities, LLC, Mizuho Securities USA LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Piper Sandler & Co., Rosenblatt Securities Inc., BMO Capital Markets Corp., BTIG, LLC, Santander Investment Securities Inc., Academy Securities, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., and Siebert Williams Shank & Co., LLC (the "Underwriter Defendants," and together with the Robinhood Defendants, the "Defendants") by and through their counsel of record jointly stipulate as follows:

WHEREAS, the December 22, 2021 initial case scheduling order ("Scheduling Order") set an initial case management conference for March 22, 2022, and further established deadlines of 21 days before the conference for the parties to file ADR Certifications and to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, *see* ECF No. 7;

WHEREAS, the Scheduling Order further provided that, if the initial case management conference is continued, then the relevant deadlines set forth therein would be continued for the same period of time;

WHEREAS, on March 1, 2022, the Parties stipulated that the initial case management conference and associated deadlines should be vacated in light of the then-pending motions to appoint lead plaintiff(s) and lead plaintiffs' counsel;

WHEREAS, on March 9, 2022, the Court granted the Parties' stipulation vacating the initial case management conference and ordered that the Parties submit a stipulation regarding the initial case management conference and associated deadlines within 10 days of the entry of the Court's order appointing lead counsel;

WHEREAS, at the March 24, 2022, hearing on the motions to appoint the lead plaintiff(s) and plaintiffs' counsel, the Court indicated that it would enter an order appointing the Sodhas as lead plaintiffs and the law firm of Scott + Scott as lead plaintiffs' counsel;

WHEREAS, the newly appointed Lead Plaintiffs intend to amend their complaint;

WHEREAS, the Parties agree and stipulate that, in the interests of efficiency and in light of the Private Securities Litigation Act's automatic stay on discovery during the pendency of a motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B), the initial case management conference and associated deadlines should be continued, to the extent necessary, until after the anticipated hearing on any motions to dismiss and any order denying such motions to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Lead Plaintiffs shall file their First Amended Complaint no later than June 10, 2022;
2. Defendants shall file any motions to dismiss no later than August 8, 2022;
3. Plaintiffs shall file any oppositions to any motions to dismiss no later than October 7, 2022;
4. Defendants shall file any replies in support of any motions to dismiss no later than November 7, 2022;
5. Defendants shall notice a hearing for any motions to dismiss no sooner than December 8, 2022;
6. The parties shall meet and confer regarding the rescheduling of an initial case management conference (and the continuance of all ADR and other deadlines associated therewith) should the Court deny Defendants' motion to dismiss.

| | |
|---|---|
| DATED: April 19, 2022 | Respectfully submitted, |
| | ANTONY L. RYAN<br>KEVIN J. ORSINI<br>BRITTANY L. SUKIENNIK<br>**CRAVATH, SWAINE & MOORE LLP** |
| | MARK R. CONRAD<br>LIZ KIM<br>**CONRAD \| METLITZKY \| KANE LLP** |
| | */s/ Mark R. Conrad*<br>MARK R. CONRAD<br>Attorneys for Robinhood Defendants |
| | JAMES N. KRAMER<br>ALEXANDER K. TALARIDES<br>**ORRICK HERRINGTON & SUTCLIFFE LLP** |
| | */s/ Alexander K. Talarides*<br>ALEXANDER K. TALARIDES |
| | Attorneys for Underwriter Defendants |
| | JOHN T. JASNOCH<br>HAL CUNNIGHAM<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>*/s/ John T. Jasnoch*<br>JOHN T. JASNOCH |
| | Attorneys for Plaintiffs Vinod Sohda and Amee Sohda |

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: April 19, 2022

*s/ Mark R. Conrad*
MARK R. CONRAD

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court sets the following deadlines and schedule:

1. Lead Plaintiffs shall file their First Amended Complaint no later than June 10, 2022;
2. Defendants shall file any motions to dismiss no later than August 8, 2022;
3. Plaintiffs shall file any oppositions to any motions to dismiss no later than October 7, 2022;
4. Defendants shall file any replies in support of any motions to dismiss no later than November 7, 2022;
5. Defendants shall notice a hearing for any motions to dismiss no sooner than December 8, 2022;
6. The parties shall meet and confer regarding the rescheduling of an initial case management conference (and the continuance of all ADR and other deadlines associated therewith) should the Court deny Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: April __, 2022

_____
HONORABLE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

CASE NO. 3:21-cv-09767-EMC                          STIPULATION RE FAC, MTD, CMC
                                                     AND [PROPOSED] ORDER