JOHN T. JASNOCH (CA 281605)
HAL CUNNIGHAM (CA 243048)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
jjasnoch@scott-scott.com
hcunningham@scott-scott.com

*Counsel for Lead Plaintiffs Dr. Vinod Sodha
and Dr. Amee Sodha, and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GOLUBOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD MARKETS, INC., VLADIMIR TENEV, JASON WARNICK, BAIJU BHATT, JAN HAMMER, PAULA LOOP, JONATHAN RUBENSTEIN, SCOTT SANDELL, ROBERT ZOELLICK, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., WELLS FARGO SECURITIES, LLC, MIZUHO SECURITIES USA LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., PIPER SANDLER & CO., ROSENBLATT SECURITIES INC., BMO CAPITAL MARKETS CORP., BTIG, LLC, SANTANDER INVESTMENT SECURITIES INC., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & COMPANY, INC., and SIEBERT WILLIAMS SHANK & CO., LLC,<br><br>Defendants. | Case No. 3:21-cv-09767-EMC<br><br>**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO DISMISS**<br><br>Judge: Hon. Edward M. Chen<br>Dept.: 5, 17th Floor<br>Date:   December 8, 2022<br>Time:  1:30 p.m. |

I, Thomas L. Laughlin, IV, declare as follows:

1.    I am an attorney duly licensed to practice and have been approved by this Court to practice in the above-captioned action *pro hac vice.  See* ECF No. 9.  I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.    This declaration is submitted in conjunction with Lead Plaintiffs' Opposition to Defendant's Motion to Dismiss.

3.    I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

4.    Attached hereto as Exhibit A is a true and correct copy of a June 30, 2021 press release issued by FINRA entitled, "FINRA Orders Record Financial Penalties Against Robinhood Financial LLC."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of October 2022, in New York, New York.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (admitted *pro hac vice*)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on October 14, 2022, at New York, New York.

 *s/ Thomas L. Laughlin, IV*

Thomas L. Laughlin, IV
(admitted *pro hac vice*)

2