# Exhibit A



Exhibit A:  Robinhood Key Performance Indicators, March 2020 to June 2021

AUC and NCFA data is as of the end of the month indicated.
MAU data is for the month indicated.

Source:  Amended Complaint (¶¶ 129, 135, 138, 150); Robinhood's Q3 2021 Form 10-Q, dated October 29, 2021 (Dkt. 78-1 at 45).