ANTONY L. RYAN (*pro hac vice*)
KEVIN J. ORSINI (*pro hac vice*)
BRITTANY L. SUKIENNIK (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1000
Fax:    (212) 474-3700
Email: aryan@cravath.com
         korsini@cravath.com
         bsukiennik@cravath.com

MARK R. CONRAD (CA Bar No. 255667)
LIZ KIM (CA Bar No. 295277)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conmetkane.com
         lkim@conmetkane.com

Attorneys for ROBINHOOD MARKETS, INC.
VLADIMIR TENEV, JASON WARNICK, BAIJU
BHATT, JAN HAMMER, PAULA LOOP,
JONATHAN RUBINSTEIN, SCOTT SANDELL,
ROBERT ZOELLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP GOLUBOWSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROBINHOOD MARKETS, INC., ET AL.,<br><br>                    Defendants. | CASE NO. 3:21-CV-09767-EMC<br><br>**STIPULATION RE SECOND AMENDED COMPLAINT, MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs Vinod Sohda and Amee Sohda (the "Lead Plaintiffs") and Defendants Robinhood Markets, Inc. ("Robinhood"); Vladimir Tenev, Jason Warnick, Baiju Bhatt, Jan Hammer, Paula Loop, Jonathan Rubinstein, Scott Sandell, Robert Zoellick (together with Robinhood, the "Robinhood Defendants"); and Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Citigroup Global Markets, Inc., Wells Fargo Securities, LLC, Mizuho Securities USA LLC, JMP Securities LLC, KeyBanc Capital Markets Inc., Piper Sandler & Co., Rosenblatt Securities Inc., BMO Capital Markets Corp., BTIG, LLC, Santander Investment Securities Inc., Academy Securities, Inc., Loop Capital Markets LLC, Samuel A. Ramirez & Company, Inc., and Siebert Williams Shank & Co., LLC (the "Underwriter Defendants," and together with the Robinhood Defendants, the "Defendants") by and through their counsel of record jointly stipulate as follows:

WHEREAS, the Court granted Defendants' Motion to Dismiss the First Amended Complaint without prejudice on February 10, 2023, *see* ECF No. 90; and

WHEREAS, the Lead Plaintiffs filed a Second Amended Complaint on March 13, 2023, *see* ECF No. 92;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.   Defendants shall file any motions to dismiss the Second Amended Complaint no later than May 12, 2023;

2.   Lead Plaintiffs shall file any oppositions to any motions to dismiss no later than July 11, 2023;

3.   Defendants shall file any replies in support of any motions to dismiss no later than July 31, 2023; and

4.   The parties shall meet and confer regarding the rescheduling of an initial case management conference (and the continuance of all ADR and other deadlines associated therewith) should the Court deny Defendants' motion to dismiss.

STIPULATION RE SAC, MTD, CMC
                                                                          AND [PROPOSED] ORDER

Respectfully submitted,

ANTONY L. RYAN
KEVIN J. ORSINI
BRITTANY L. SUKIENNIK
**CRAVATH, SWAINE & MOORE LLP**

MARK R. CONRAD
LIZ KIM
**CONRAD | METLITZKY | KANE LLP**

DATED: March 22, 2023                */s/ Mark R. Conrad*
                                     MARK R. CONRAD
                                     Attorneys for Robinhood Defendants

JAMES N. KRAMER
ALEXANDER K. TALARIDES
**ORRICK HERRINGTON & SUTCLIFFE LLP**

DATED: March 22, 2023                */s/ Alexander K. Talarides*
                                     ALEXANDER K. TALARIDES

                                     Attorneys for Underwriter Defendants

DEBORAH CLARK-WEINTRAUB
JOHN T. JASNOCH
HAL CUNNIGHAM
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

DATED: March 22, 2023                */s/ Deborah Clark-Weintraub*
                                     DEBORAH CLARK-WEINTRAUB

                                     Attorneys for Plaintiffs Vinod Sohda and Amee
                                     Sohda

- 2 -

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 22, 2023

*s/ Mark R. Conrad*
MARK R. CONRAD

- 3 -

CASE NO. 3:21-cv-09767-EMC

STIPULATION RE SAC, MTD, CMC
AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court sets the following deadlines and schedule:

1.  Defendants shall file any motions to dismiss no later than May 12, 2023;

2.  Plaintiffs shall file any oppositions to any motions to dismiss no later than July 11, 2023;

3.  Defendants shall file any replies in support of any motions to dismiss no later than July 31, 2023;

4.  The parties shall meet and confer regarding the rescheduling of an initial case management conference (and the continuance of all ADR and other deadlines associated therewith) should the Court deny Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 23, 2023

_____
HONORABLE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

- 4 -