UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP GOLUBOWSKI, <br><br> Plaintiff, <br><br> v. <br><br> ROBINHOOD MARKETS, INC., et al., <br><br> Defendants. | Case No. 21-cv-09767-EMC <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 97 |

On January 24, 2024, the Court granted defendants' motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 24, 2024

_____
EDWARD M. CHEN
United States District Judge