# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 3:21-cv-09767-EMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 12/17/2021

Date of judgment or order you are appealing: | 01/24/2024

Docket entry number of judgment or order you are appealing: | 106, 107

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

DR. VINOD SODHA and DR. AMEE SODHA

Is this a cross-appeal? ○ Yes ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | s/ Deborah Clark-Weintraub | **Date** | 02/21/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

DR. VINOD SODHA and DR. AMEE SODHA

Name(s) of counsel (if any):

See attached Exhibit A

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

ROBINHOOD MARKETS, INC., VLADIMIR TENEV, JASON WARNICK, BAIJU BHATT, JAN HAMMER, PAULA LOOP, JONATHAN RUBENSTEIN, SCOTT SANDELL, and ROBERT ZOELLICK

Name(s) of counsel (if any):

See attached Exhibit B

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## Appellees

Name(s) of party/parties:

See attached Exhibit C

Name(s) of counsel (if any):

See attached Exhibit D

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Golubowski v. Robinhood Markets, Inc. et al.*

## EXHIBIT A TO FORM 6. REPRESENTATION STATEMENT

DEBORAH CLARK-WEINTRAUB
dweintraub@scott-scott.com
THOMAS L. LAUGHLIN, IV
tlaughlin@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444
Facsimile:  212-233-6334

JOHN T. JASNOCH
jjasnoch@scott-scott.com
HAL CUNNINGHAM
hcunningham@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508

BRIAN J. SCHALL
brian@schallfirm.com
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile:  310-388-0192

*Golubowski v. Robinhood Markets, Inc. et al.*

**EXHIBIT B TO FORM 6. REPRESENTATION STATEMENT**

ANTONY L. RYAN
aryan@cravath.com
KEVIN J. ORSINI
korsini@cravath.com
BRITTANY L. SUKIENNIK
bsukiennik@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile:  212-474-3700

MARK R. CONRAD
mconrad@conmetkane.com
LIZ KIM
lkim@conmetkane.com
CONRAD | METLIZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-343-7100
Facsimile:  415-343-7101

*Golubowski v. Robinhood Markets, Inc. et al.*

**EXHIBIT C TO FORM 6. REPRESENTATION STATEMENT**

GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BARCLAYS CAPITAL INC., CITIGROUP GLOBAL MARKETS INC., WELLS FARGO SECURITIES, LLC, MIZUHO SECURITIES USA LLC, JMP SECURITIES LLC, KEYBANC CAPITAL MARKETS INC., PIPER SANDLER & CO., ROSENBLATT SECURITIES INC., BMO CAPITAL MARKETS CORP., BTIG, LLC, SANTANDER INVESTMENT SECURITIES INC., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC, SAMUEL A. RAMIREZ & COMPANY, INC. and SIEBERT WILLIAMS SHANK & CO., LLC.

*Golubowski v. Robinhood Markets, Inc. et al.*

**EXHIBIT D TO FORM 6. REPRESENTATION STATEMENT**

JAMES N. KRAMER
jkramer@orrick.com
ALEXANDER K. TALARIDES
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile:  415-773-5759

DARRELL S. CAFASSO
dcafasso@orrick.com
JENNIFER KEIGHLEY
jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: 212-506-5000
Facsimile:  212-506-5151