

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

FEB 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:          24-1036
Originating Case Number:   3:21-cv-09767-EMC

Short Title:             Golubowski v. Robinhood Markets, Inc., et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:          24-1036
Originating Case Number:   3:21-cv-09767-EMC

Case Title:              Golubowski v. Robinhood Markets, Inc., et al.

**Monday, March 4, 2024**
Vinod Sodha                          Mediation Questionnaire due
Amee Sodha                           Mediation Questionnaire due

**Wednesday, March 6, 2024**
Vinod Sodha                          Appeal Transcript Order Due
Amee Sodha                           Appeal Transcript Order Due

**Friday, April 5, 2024**
Vinod Sodha                          Appeal Transcript Due
Amee Sodha                           Appeal Transcript Due

**Wednesday, May 15, 2024**
Vinod Sodha                          Appeal Opening Brief Due
Amee Sodha                           Appeal Opening Brief Due

**Monday, June 17, 2024**
Philip Golubowski                    Appeal Answering Brief Due
Robinhood Markets, Inc.              Appeal Answering Brief Due
Baiju Bhatt                          Appeal Answering Brief Due
Jan Hammer                           Appeal Answering Brief Due

| | |
|---|---|
| Vladimir Tenev | Appeal Answering Brief Due |
| Jason Warnick | Appeal Answering Brief Due |
| Paula Loop | Appeal Answering Brief Due |
| Scott Sandell | Appeal Answering Brief Due |
| Robert Zoellick | Appeal Answering Brief Due |
| Goldman Sachs & Co. LLC | Appeal Answering Brief Due |
| J.P. Morgan Securities LLC | Appeal Answering Brief Due |
| Barclays Capital, Inc. | Appeal Answering Brief Due |
| Wells Fargo Securities, LLC | Appeal Answering Brief Due |
| Mizuho Securities USA LLC | Appeal Answering Brief Due |
| KeyBanc Capital Markets Inc. | Appeal Answering Brief Due |
| Piper Sandler & Co. | Appeal Answering Brief Due |
| Rosenblatt Securities Inc. | Appeal Answering Brief Due |
| BMO Capital Markets Corp. | Appeal Answering Brief Due |
| BTIG, LLC | Appeal Answering Brief Due |
| Santander Investment Securities Inc. | Appeal Answering Brief Due |
| Academy Securities, Inc. | Appeal Answering Brief Due |
| Loop Capital Markets LLC | Appeal Answering Brief Due |
| Samuel A. Ramirez & Company, Inc. | Appeal Answering Brief Due |
| Siebert, Cisneros, Shank & Co., L.L.C. | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**