# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

February 9, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Robinhood Markets, Inc., et al.
           v. Vinod Sodha, et al.
           No. 25-944
           (Your No. 24-1036)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 5, 2026 and placed on the docket February 9, 2026 as No. 25-944.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst